U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 0 6 2006

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE/OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. CV06-0460 |
| VS. | * | JUDGE DOHERTY |
| KEVIN P. BLANCHARD and TRICIA H. BLANCHARD | * | MAGISTRATE JUDGE SHEMWELL |

## JUDGMENT IN REM

The defendants having been duly served, more than the required number of days having elapsed, and defendants having failed to plead or otherwise defend, default having been heretofore entered, due proof being made, the law and evidence being in favor thereof,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in rem in favor of Plaintiff, United States of America, and against defendants, KEVIN P. BLANCHARD and TRICIA H. BLANCHARD, jointly, severally and in soldio, for the principal and interest amounts set forth below, plus post-judgment interest thereon at the legal rate as of the date of judgment as specified in 28 U.S.C. §1961, as follows:

| | |
|---|---|
| Unpaid principal balance of $182,407.53 note dated March 9, 2001 | $175,101.08 |
| Accrued interest as of February 8, 2006 | 31,537.38 |
| Plus interest thereafter at the note rate of 5% until date of judgment | |

with full recognition and maintenance of Plaintiff's special mortgage, lien and privilege upon the following described property, to-wit:

| No. | Item | Manufacturer | Size/Type | Serial No. |
|---|---|---|---|---|
| 1 | Tractor | John Deere | 4840/Cab | 4840-006545 |
| 1 | Tractor | John Deere | 4440 | 4440P045626 |
| 1 | Tractor | John Deere | 2955 | LO2955W662796 |
| 1 | Tractor | Case/IHC | 7140 Magnum | JJA0018177 |
| 1 | Wagon-Dump | Cameco | Billets | BP #4 |
| 1 | Wagon-Dump | Cameco | Billets | BP #5 |
| 1 | Wagon-Dump | Cameco | Billets | BP #6 |
| 1 | Trailer-Billet | Shop | 16 tons | BK-117115FB4 |
| 1 | Land Leveler | Shop | 12 X 42 | - |

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the said hereinabove described property be seized and sold by the United States Marshal for the Western District of Louisiana, at public auction, **without appraisement,** for cash, to the highest bidder, and that out of the proceeds of said sale Plaintiff be paid by preference and priority over all other persons whomsoever, the amount of the claim with interest; and that the amount realized from said sale be recognized as full satisfaction of the judgment herein. Plaintiff shall have no right to proceed against defendants for any deficiency judgment.

Finally, IT IS ORDERED that plaintiff have judgment for all costs of this proceeding.

JUDGMENT RENDERED AND SIGNED in Shreveport, Louisiana, this 6th day of September, 2006.

CLERK, UNITED STATES DISTRICT COURT